IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ULYSSES BLACKSHEAR, JR.,

    Plaintiff,

v.

JOSE MORALES; OLATUNJI AWE; and
MR. MILLER;

    Defendants.

CIVIL ACTION NO.: 4:18-cv-291

## O R D E R

The Court **GRANTS** Plaintiff's motion to voluntarily dismiss his Complaint without prejudice. (Doc. 19.) Therefore, the Court **DISMISSES** Plaintiff's Complaint **WITHOUT PREJUDICE** and **DENIES AS MOOT** all other pending motions. The Clerk is hereby authorized and directed to **CLOSE** this case.

**SO ORDERED**, this 31st day of May, 2019.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA